

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Dr. Geo. W. Cox
State Health Officer
Austin, Texas

Dear Sir:

Opinion No. O-802
Re: May a city and county join in the pur-
chase of land for the purpose of es-
tablishing a dumping ground for refuse
disposal to accommodate the citizens of
the county and those in the city limits?

We acknowledge your letter of June 6, 1939,
requesting our opinion on the question of whether a
city and county may join in the purchase of land for
the purpose of establishing a dumping ground for re-
fuse disposal to accommodate the citizens of both the
city and the county.

We refer you to article 4434, Revised Civil
Statutes of 1925.

"Co-operation.— The municipal authori-
ties of towns and cities, and commissioners'
courts of the counties wherein such towns
and cities are situated, may co-operate with
each other in making such improvements con-
nected with said towns, cities and counties
as said authorities and courts may deem ne-
cessary to improve the public health and to
promote efficient sanitary regulations; and,
by mutual arrangement, they may provide for
the construction of said improvements and
the payment therefor."

The authority conferred upon cities and coun-
ties to co-operate for the purpose expressed in your
letter seems clear.

Mr. Geo. W. Cox, Page 2

It is our opinion, therefore, that your question may be answered in the affirmative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Hugh Q. Buck_

Hugh Q. Buck
Assistant

HQB:cmb

APPROVED JUN 22, 1939

_Gerald C. Mann_

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY _B.W._
CHAIRMAN